FILED
9/9/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER G. NITTA,<br><br>Defendant. | VIOLATION:<br>E1103195<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation E1103195 (for a total of $65), and for good cause shown, IT IS ORDERED that the $65 fine paid by the defendant is accepted as a full adjudication of violation E1103195.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 9th day of September, 2020.

_____
John Johnston
United States Magistrate Judge